941 F.2d 1204
 Walker (Ronald P.)
v.
Walker (Jeanie McCain), Devlin (Diane M.), Lynne Z. Gold
Bikin & Associates, P.C., Lawrence (Hon. Francis J.), Guzik
(Robert T.), Goebel (John G.), Gereen (John), Stefan (Louis
D.), Corso (Gerald S.), Several Unknown Police Officers of
Cheltenham Police Dept., Several Unknown Police Officers of
Plymouth Township Police Dept., Doe (John), Edelmayer (Robert J.)
 NO. 91-1214
 United States Court of Appeals,
Third Circuit.
 JUL 16, 1991
 
 Appeal From: E.D.Pa.,
 Shapiro, J.
 
 
 1
 AFFIRMED.